CITY COUNCIL OF AUGUSTA *et al. v.* MORGAN.

BECK, P. J. Under the decision and ruling made in the case of *City Council of Augusta* v. *Sanders,* 164 *Ga.* 235 (138 S. E. 234), the court did not err in granting the injunction to which exception is taken in this case.
*Judgment affirmed.    All the Justices concur.*

*Archibald Blackshear,* for plaintiff in error.

*Hammond & Kennedy,* contra.